UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-0351-FL-D

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| TYLER KADOR, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER is before the Court on the Defendant's motion to Seal the Motion to Continue the Sentencing scheduled for November 5, 2020 Criminal Term of Court to the December 2020 Criminal Term of Court.

IT IS THEREFORE ORDERED that this Motion to Continue is SEALED.

IT IS THEREFORE ORDERED, this the **30** day of **October**, 2020.

_____
United States District Court Judge